UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL L. CONE

v.                                             Case No.:   8:10-cv-1975-T-24 MAP
                                                           8:06-cr-43-T-24 MAP

UNITED STATES OF AMERICA

_____/

**ORDER**

This cause is before the Court on Petitioner's Motions for Enlargement of Time to File His § 2255 Motion and Request for Additional Pages (CV Doc. No. 7, 11; CR Doc. No. 416). These motions relate to Petitioner's § 2255 motion that the Court has struck, and as such, the Court denies these motions as moot.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of March, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record