UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL L. CONE

v.  Case No.: 8:10-cv-1975-T-24 MAP
   8:06-cr-43-T-24 MAP

UNITED STATES OF AMERICA

## ORDER

This cause comes before the Court on Michael L. Cone's Motion to Extend Time. (Civ. Doc. 37). The Clerk is directed to **STRIKE** the Motion to Extend Time. (Civ. Doc. 37).

The Motion to Extend Time was prepared, written, and signed by Frank L. Amodeo, who purports to represent defendant Michael Cone. Middle District of Florida Local Rule 2.01 does not permit any person "to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court." See M.D. Fla. Local Rule 2.01(a). Further, "[o]nly those persons who are members in good standing of The Florida Bar shall be eligible for general admission to the bar of the Court." See M.D. Fla. Local Rule 2.01(b).

Given that Frank Amodeo is neither an attorney nor admitted to practice before this Court, it is ORDERED that the Clerk **STRIKE** the Motion to Extend Time. (Civ. Doc. 37).

**DONE AND ORDERED** at Tampa, Florida, this 30th day of July, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Defendant